Case 3:07-cv-03194-JCS    Document 5    Filed 07/20/2007    Page 1 of 2

1  Ronald L. Richman, SBN 139189
   Joye Blanscett, SBN 191242
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   E-mail: ron.richman@bullivant.com
4  E-mail: joye.blanscett@bullivant.com
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiffs

7

                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

11 | BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | Case No.: C 07 03194 JCS

**PROOF OF SERVICE**

                Plaintiffs,

        vs.

SHERRI BLANKENSHIP, individually and dba ACTION CONCRETE CUTTING AND DEMOLITION CO.;

                Defendants.

6083321.1                       – 1 –
                           PROOF OF SERVICE

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Joye Blanscett, 191242<br>BULLIVANT, HOUSER, BAILEY, ET AL<br>601 CALIFORNIA ST STE 1800<br>SAN FRANCISCO, CA 94108-2823<br>TELEPHONE NO.: (415) 352-2700<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: Board of Trustees of the Laborers Health & Welfare<br>DEFENDANT/RESPONDENT: Sherri Blankenship, et al. | CASE NUMBER:<br>C 07 3194 JCS |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Civil Case Cover Sheet, Summons, Complaint, Order Setting Initial Cae Management Conference and ADR Deadlines, Notice of Assignment of Case to a United States Magistrate Judge for Trial, USDC ECF Registratic Information Handout, Welcome to the USDC, San Francisco

3. a. Party served: ACTION CONCRETE CUTTING & DEMOLITION CO.

   b. Person Served: SHERRI BLANKENSHIP - Person authorized to accept service of process

4. Address where the party was served:  12891 Austin Road
   Manteca, CA 95336

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date)*: July 9, 2007    (2) at *(time)*:  6:54 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   ACTION CONCRETE CUTTING & DEMOLITION CO.

   under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:    Ronnie Mason, Jr.
   b. Address:    One Legal, Inc. - 132-Marin
   504 Redwood Blvd #223
   Novato, CA  94947
   c. Telephone number: 415-491-0606
   d. The fee for service was:  $ 15.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 93
         (iii) County MERCED

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: July 17, 2007

Ronnie Mason, Jr.
(NAME OF PERSON WHO SERVED PAPERS)        (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6643616

BY FAX