1  Ronald L. Richman, SBN 139189
   Joye Blanscett, SBN 191242
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   E-mail: ron.richman@bullivant.com
4  E-mail: joye.blanscett@bullivant.com
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  BOARD OF TRUSTEES OF THE           Case No.: C 07 03194 JCS
    LABORERS HEALTH AND WELFARE
12  TRUST FUND FOR NORTHERN
    CALIFORNIA; BOARD OF TRUSTEES OF
13  THE LABORERS VACATION-HOLIDAY
    TRUST FUND FOR NORTHERN
14  CALIFORNIA; BOARD OF TRUSTEES OF
    THE LABORERS PENSION TRUST FUND     **PROOF OF SERVICE**
15  FOR NORTHERN CALIFORNIA; and
    BOARD OF TRUSTEES OF THE
16  LABORERS TRAINING AND RETRAINING
    TRUST FUND FOR NORTHERN
17  CALIFORNIA,

18            Plaintiffs,

19       vs.

20  SHERRI BLANKENSHIP, individually and
    dba ACTION CONCRETE CUTTING AND
21  DEMOLITION CO.;

22            Defendants.

23

24

25

26

27

28

6083321.1                          – 1 –

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Joye Blanscett, 191242<br>BULLIVANT, HOUSER, BAILEY, ET AL<br>601 CALIFORNIA ST STE 1800<br>SAN FRANCISCO, CA  94108-2823<br>TELEPHONE NO.: (415) 352-2700<br>ATTORNEY FOR *(Name):* Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

United States District Court
450 Golden Gate Avenue
San Francisco, CA  94102-3483

| PLAINTIFF/PETITIONER: Board of Trustees of the Laborers Health & Welfare | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Sherri Blankenship, et al. | C 07 3194 JCS |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>none |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Civil Case Cover Sheet, Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Notice of Assignment of Case to a Unitied States Magistrate Judge for Trial, USDC ECF Registrati Information Handout, Welcome to the U.S. District Court, San Francisco

3. a. Party served:  Sherri Blankenship

   b. Person Served: party in item 3a

4. Address where the party was served:  12891 Austin Road
   Manteca, CA  95336

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date):* July 9, 2007      (2) at *(time):*  6:54 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. as an individual defendant.

7. **Person who served papers**
   a. Name:          Ronnie Mason, Jr.
   b. Address:       One Legal, Inc. - 132-Marin
                     504 Redwood Blvd #223
                     Novato, CA  94947
   c. Telephone number: 415-491-0606
   d. The fee for service was:  $ 79.00
   e. I am:
      (3) registered California process server.
         (i)  Employee or independent contractor.
         (ii) Registration No.: 93
         (iii) County MERCED

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date:  July 17, 2007

Ronnie Mason, Jr.
(NAME OF PERSON WHO SERVED PAPERS)                              (SIGNATURE)

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

FF# 6643613

BY FAX