Ronald L. Richman, SBN 139189
Joye Blanscett, SBN 191242
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
E-mail: ron.richman@bullivant.com
E-mail: joye.blanscett@bullivant.com
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>SHERRI BLANKENSHIP, individually and dba ACTION CONCRETE CUTTING AND DEMOLITION CO.;<br><br>　　　　　Defendants. | Case No.: C 07 03194 JCS<br><br>**PLAINTIFFS' REQUEST FOR ENTRY OF CLERK'S DEFAULT** |

TO DEFENDANTS SHERRI BLANKENSHIP, individually and dba ACTION CONCRETE CUTTING AND DEMOLITION CO.:

Plaintiffs hereby request that the Clerk of Court enter the default of defendants Sherri Blankenship, individually and dba Action Concrete Cutting and Demolition Co.in the above-referenced action.

6086247.1　　　　　　　　　　　　　　　　　　– 1 –
PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT

1   The Request for Entry of Default is made on the grounds that defendants Sherri Blankenship, individually and dba Action Concrete Cutting and Demolition Co. were personally served on July 9, 2007 with the Complaint for Damages for Breach of Collective Bargaining Agreement and for Mandatory Injunction. Defendants' Answer was due on or before July 29, 2007. No Answer has been filed by either Defendant.

Based on the above, Plaintiffs respectfully request that the Clerk of Court issue the default of defendants Sherri Blankenship, individually and dba Action Concrete Cutting and Demolition Co., in the above-referenced action.

DATED: September 14, 2007

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman
Joye Blanscett

Attorneys for Plaintiffs