```
Ronald L. Richman, SBN 139189
Joye Blanscett, SBN 191242
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
E-mail: ron.richman@bullivant.com
E-mail: joye.blanscett@bullivant.com
Telephone: 415.352.2700
Facsimile: 415.352.2701
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>SHERRI BLANKENSHIP, individually and dba ACTION CONCRETE CUTTING AND DEMOLITION CO.;<br><br>Defendants. | Case No.: C 07 03194 JCS<br><br>**DECLARATION OF JOYE BLANSCETT IN SUPPORT OF PLAINTIFFS' REQUEST FOR ENTRY OF CLERK'S DEFAULT** |

I, JOYE BLANSCETT, declare as follows.

1. I am an associate at the law firm of Bullivant Houser Bailey, PC, and counsel for Plaintiffs in this action.

2. Defendant Sherri Blankenship, individually was served on July 9, 2007 with the Complaint for Damages for Breach of Collective Bargaining Agreement and for Mandatory Injunction ("Complaint"). Attached hereto as Exhibit A is a true and correct copy of the Proof of

1. Service on defendant Sherri Blankenship, individually.

4. Defendant Sherri Blankenship and dba Action Concrete Cutting and Demolition Co. was served a copy of the Complaint on July 9, 2007. Attached hereto as Exhibit B is a true and correct copy of the Proof of Service on Sherri Blankenship dba Action Concrete Cutting and Demolition Co.

4. A responsive pleading was due on or before July 29, 2007. No responsive pleading has been filed by either defendant nor has either appeared informally, and no cause exists which would prevent the Clerk of Court from entering the default of defendants Sherri Blankenship, individually and dba Action Concrete Cutting and Demolition Co.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 14, 2007 at San Francisco, California.

_____
Joye Blanscett