Ronald L. Richman, SBN 139189
Joye Blanscett, SBN 191242
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
E-mail: ron.richman@bullivant.com
E-mail: joye.blanscett@bullivant.com
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs

CHAMBERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> vs. <br><br> SHERRI BLANKENSHIP, individually and dba ACTION CONCRETE CUTTING AND DEMOLITION CO.; <br><br> Defendants. | Case No.: C 07 03194 JCS <br><br> **PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON** <br><br> Date: September 21, 2007 <br> Time: 1:30 p.m. <br> Courtroom: A, 15th Floor |

Plaintiffs Board of Trustees of The Laborers Health and Welfare Trust Fund for Northern California; Board of Trustees of The Laborers Vacation-Holiday Trust Fund for Northern California; Board of Trustees of The Laborers Pension Trust Fund For Northern California; And Board of Trustees of The Laborers Training and Retraining Trust Fund for

6086242.1 — 1 —
Plaintiffs' Statement In Lieu Of Case Management Conference Statement; Order Thereon

1  Northern California ("Laborers Trust Funds") offer this Statement in Lieu of the Case
2  Management Conference Statement.
3      On June 18, 2007, Plaintiffs filed their Complaint in the above-referenced matter. On
4  July 9, 2007, Defendants were served. Defendants failed to file a responsive pleading.
5  Concurrent, herewith, Plaintiff's have filed a request for Clerk's entered the default against
6  defendants.
7      Plaintiffs anticipate that the clerk of the court will enter default. Plaintiffs further
8  anticipate filing a motion for default judgment in this case by October 31, 2007.
9      Based on the above, Plaintiffs respectfully request that this Court continue the Case
10 Management Conference for ninety (90) days. By that time, Plaintiffs' motion for default
11 judgment should have been heard and there likely will be no need for a Case Management
12 Conference.
13 DATED: September 14, 2007

                           BULLIVANT HOUSER BAILEY PC

                           By _____
                               Joye Blanscett
                               Attorneys for Plaintiffs

### CASE MANAGEMENT ORDER

21     The Court having read Plaintiffs' Statement in Lieu of Case Management Conference
22 Statement and good cause appearing therefore:
23     IT IS HEREBY ORDERED that the Case Management Conference currently scheduled
24 for September 21, 2007 at 1:30 p.m. be continued to  12/7  , 2007 at 1:30
25 p.m., Courtroom A, 15th Floor.
26 DATED:  9/19/  , 2007

                           By _____
28                             HON. JOSEPH C. SPERO
                            UNITED STATES MAGISTRATE JUDGE

**Other Documents**

3:07-cv-03194-JCS Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California et al
ADRMOP, E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at for more information.

The following transaction was received from by Blanscett, Joye entered on 9/14/2007 4:01 PM and filed on 9/14/2007

| | |
|---|---|
| **Case Name:** | Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California et al |
| **Case Number:** | 3:07-cv-3194 |
| **Filer:** | Board of Trustees of the Laborers Pension Trust Fund for Northern California |
| | Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California |
| | Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California |
| | Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California |
| **Document Number:** | 9 |

**Docket Text:**
Proposed Order *PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON* by Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California, Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund for Northern California. (Blanscett, Joye) (Filed on 9/14/2007)

**3:07-cv-3194 Notice has been electronically mailed to:**

Joye Blanscett    joye.blanscett@bullivant.com, sanfranciscodocketing@bullivant.com

Ronald Lee Richman    ron.richman@bullivant.com, sanfranciscodocketing@bullivant.com

**3:07-cv-3194 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\ds12\Desktop\Blankenship DecJB scanned file.PDF
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/14/2007] [FileNumber=3751284-0]
[ae64671a08f374b4915c36932acb3e1d1a6ed3f8aa83b0d13bba03b2d70a3d920bd40
d518f1b7c8ad76f36358cd7626e0932b8609f58ec5bb7d1ecc4c578d1e8]]