**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 20, 2007

RE: CV 07-03194 JCS     BOARD OF TRUSTEES OF LABORERS-v- SHERRI BLAKENSHIP

Default is entered as to **All Defendants** on **September 20, 2007**.

RICHARD W. WIEKING, Clerk

*Gina Agustine*

by Gina Agustine-Rivas
Case Systems Administrator

NDC TR-4  Rev. 3/89