Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
E-mail: ron.richman@bullivant.com
E-mail: susan.olson@bullivant.com
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>SHERRI BLANKENSHIP, individually and dba ACTION CONCRETE CUTTING AND DEMOLITION CO.;<br><br>Defendants. | Case No.: C 07 03194 JCS<br><br>**REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON** |

Plaintiffs Board of Trustees of The Laborers Health and Welfare Trust Fund for Northern California; Board of Trustees of The Laborers Vacation-Holiday Trust Fund for Northern California; Board of Trustees of The Laborers Pension Trust Fund For Northern California; And Board of Trustees of The Laborers Training and Retraining Trust Fund for Northern California ("Laborers Trust Funds") respectfully request that this Court dismiss this

1 | action, against all defendants, without prejudice. Defendants have not appeared in this action.

2 | DATED: November 13, 2007

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman

Attorneys for Plaintiffs

## DISMISSAL

Pursuant to the request by Plaintiffs Laborers Trust Funds,

IT IS HEREBY ORDERED that this case be dismissed, against all defendants, without prejudice.

DATED: November __, 2007

By _____
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE