1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   E-mail: ron.richman@bullivant.com
4  E-mail: susan.olson@bullivant.com
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11  BOARD OF TRUSTEES OF THE                  Case No.: C 07 03194 JCS
    LABORERS HEALTH AND WELFARE
12  TRUST FUND FOR NORTHERN
    CALIFORNIA; BOARD OF TRUSTEES OF         **VOLUNTARY DISMISSAL WITHOUT
13  THE LABORERS VACATION-HOLIDAY            PREJUDICE;**
    TRUST FUND FOR NORTHERN
14  CALIFORNIA; BOARD OF TRUSTEES OF         FRCP 41 (a)(1)(A)
    THE LABORERS PENSION TRUST FUND
15  FOR NORTHERN CALIFORNIA; and
    BOARD OF TRUSTEES OF THE
16  LABORERS TRAINING AND RETRAINING
    TRUST FUND FOR NORTHERN
17  CALIFORNIA,

18                 Plaintiffs,

19        vs.

20  SHERRI BLANKENSHIP, individually and
    dba ACTION CONCRETE CUTTING AND
21  DEMOLITION CO.;

22                 Defendants.

23

24        Plaintiffs Board of Trustees of The Laborers Health and Welfare Trust Fund for

25  Northern California; Board of Trustees of The Laborers Vacation-Holiday Trust Fund for

26  Northern California; Board of Trustees of The Laborers Pension Trust Fund For Northern

27  California; And Board of Trustees of The Laborers Training and Retraining Trust Fund for

28

6089519.1                              – 1 –
                        Voluntary Dismissal Without Prejudice

Northern California voluntarily dismiss this action, against all defendants, without prejudice, on the following grounds.

This was an action for a mandatory injunctive order requiring Defendants to submit to an audit of its books and records. Defendants complied, the audit was conducted and no discrepancies were found.

Defendants have not appeared in this action.

DATED: November 14, 2007

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman

Attorneys for Plaintiffs