Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
E-mail: ron.richman@bullivant.com
E-mail: susan.olson@bullivant.com
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> vs. <br><br> SHERRI BLANKENSHIP, individually and dba ACTION CONCRETE CUTTING AND DEMOLITION CO.; <br><br> Defendants. | Case No.: C 07 03194 JCS <br><br> **NOTICE OF CHANGE IN COUNSEL** |
|---|---|

///

///

///

///

///

6091137.1

– 1 –

NOTICE OF CHANGE IN COUNSEL

1  TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that JOYE BLANSCETT, State Bar No. 191242 is no longer

3 associated with Bullivant Houser Bailey PC, and should be removed from the electronic notice

4 and service list for this matter.

5 DATED:  December 28, 2007                         BULLIVANT HOUSER BAILEY

6                                                                           By: *Susan J. Olson*
                                                                                    Ronald L. Richman
7                                                                                   Susan J. Olson

8                                                                           Attorneys for Plaintiffs